LJW/2006R01214

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. KSH |
| v. | Criminal No. 06-858 |
| RICHARD ORTIZ,<br>    a/k/a "Troy Ortiz,"<br>    a/k/a "Louis Pacheco" | 18 U.S.C. § 922(g)(1) |

### I N D I C T M E N T

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

On or about May 31, 2006, in Hudson County, in the District of New Jersey, and elsewhere, defendant

**RICHARD ORTIZ,**
**a/k/a "Troy Ortiz,"**
**a/k/a "Louis Pacheco,"**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year in a court in the State of New Jersey, did knowingly possess in and affecting commerce a firearm, namely a .380 caliber, semi-automatic pistol, Davis Industries Model P-380, bearing a defaced serial number.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____

*Christopher J. Christie*
CHRISTOPHER J. CHRISTIE
United States Attorney

CASE NUMBER: 2006R01214

# United States District Court
## District of New Jersey

UNITED STATES OF AMERICA

v.

RICHARD ORTIZ,
a/k/a "Troy Ortiz,"
a/k/a "Louis Pacheco"

# INDICTMENT FOR

18 U.S.C. § 922(g)(1)

A True Bill,

_____

NEWARK, NEW JERSEY

L. JUDSON WELLE
ASSISTANT U.S. ATTORNEY
973-645-2735

USA-48AD 8
(Ed. 1/97)